IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MYRON NEWJEAN ANDERSON, JR.**                                                                                 **PLAINTIFF**
**ADC #123288**

v.                                              No: 4:23-cv-00908-BRW

**JAMES GIBSON,** *et al.*                                                                                         **DEFENDANTS**

### ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 3) and the objections filed (Doc. No. 4). After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommendation in all respects.

IT IS THEREFORE ORDERED THAT:

1. Anderson's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE.

2. Anderson is given thirty days to reopen the case by paying the $402 filing and administrative fees in full and filing a Motion to Reopen.

IT IS SO ORDERED this 12th day of October, 2023.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE