**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MYRON NEWJEAN ANDERSON, JR.**                                    **PLAINTIFF**
**ADC #123288**

**v.**                           **No: 4:23-cv-00908-BRW**

**JAMES GIBSON,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 12th day of October, 2023.

_____
BILLY ROY WILSON
_____
UNITED STATES DISTRICT JUDGE